1188

No. 98–6958. BENNETT *v.* TEXAS, *ante,* p. 1086;

No. 98–7114. DECKARD, AKA VALE *v.* UNITED STATES, *ante,* p. 1090;

No. 98–7123. FLORES *v.* UNITED STATES, *ante,* p. 1091;

No. 98–7138. CUNNINGHAM *v.* HEUSZEL, WARDEN, ET AL., *ante,* p. 1112; and

No. 98–7193. HAMMONS *v.* UNITED STATES, *ante,* p. 1092. Petitions for rehearing denied.

No. 96–9340. LAVERTU *v.* BOROFSKY, LEWIS & AMODEO-VICKERY, 522 U. S. 843; and

No. 97–9417. GELLERT *v.* COMMISSIONER OF INTERNAL REVENUE ET AL., *ante,* p. 850.